Brijesh Patel
5401 E. Verde Ln.
Phoenix, AZ 85018
countonbj@icloud.com
(480) 415-8992

FILED ___ LODGED
___ RECEIVED ___ COPY

AUG 0 1 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| Brijesh Patel, Plaintiff, | | |
|---|---|---|
| v. | CASE NUMBER: | CV24-01898-PHX-JJT |
| State of Arizona; Office of the Governor of Arizona; Arizona Registrar of Contractors; State Bar of Arizona, | AMENDED COMPLAINT | |
| Defendant(s). | | |

## Jurisdiction

This court has jurisdiction over this matter pursuant to 1. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1343, as the action involves violations of federal law and the civil rights of the Plaintiff and others similarly situated. 2. Venue is proper in the District of Arizona pursuant to 28 U.S.C. § 1391(b), as a substantial part of the events or omissions giving rise to the claim occurred in this district, and the Defendants conduct their affairs in this district. §§ Federal Statutes: 1. **28 U.S.C. § 1331 (Federal Question Jurisdiction)**:   - Provides jurisdiction to federal courts over civil actions arising under the Constitution, laws, or treaties of the United States.   2. **28 U.S.C. § 1343 (Civil Rights and Elective Franchise)**:   - Grants jurisdiction to federal courts to redress deprivation under color of any State law, statute, ordinance, regulation, custom, or usage of any right, privilege, or immunity secured by the Constitution of the United States or by any Act of Congress providing for equal rights of citizens or of all persons within the jurisdiction of the United States.   ### State Statutes

(Arizona): 1. **Arizona Revised Statutes (A.R.S.) § 44-1521 to 44-1534 (Arizona Consumer Fraud Act)**: - These sections define and prohibit fraudulent practices in connection with the sale or advertisement of merchandise and provide for remedies for consumers. 2. **A.R.S. § 32-1101 et seq. (Contractors)**: - These sections regulate the licensing and conduct of contractors in Arizona, including the powers and duties of the Arizona Registrar of Contractors (ROC). 3. **A.R.S. § 46-451 to 46-459 (Adult Protective Services Act)**: - These sections define and prohibit the financial exploitation and abuse of vulnerable adults, providing mechanisms for protection and remedies for victims.. The plaintiff is a resident of Phoenix, Maricopa County, AZ and a citizen of the United States. The defendant, State of Arizona is a governmental entity responsible for the enactment and enforcement of state laws, including consumer protection statutes. The defendant, Office of the Governor of Arizona is the executive branch responsible for overseeing the administration of state government and ensuring the enforcement of laws designed to protect the public welfare. The defendant, Arizona Registrar of Contractors (ROC) is a state agency tasked with licensing and regulating contractors to ensure they comply with state laws and regulations, thereby protecting consumers from fraudulent and predatory practices. The defendant, State Bar of Arizona is a professional organization responsible for the licensing and regulation of attorneys in Arizona, ensuring they adhere to ethical standards and protecting the public from unethical legal practices. The cause of action arose in the Phoenix division.

## Complaint

FACTUAL ALLEGATIONS 9. Always Green Turf, under the direction of Daniel Buesing, along with its legal representative Tara Marie Young Patterson, has engaged in a pattern of fraudulent deceptive and predatory practices, misrepresenting the quality and scope of Always Greens Turf's services to consumers, leading to significant financial losses and emotional distress for the victims, including Plaintiff and his elderly mother. 10. Despite numerous complaints and evidence of misconduct, the Defendants have failed to take appropriate action to protect consumers from these predatory practices. This includes the failure of the ROC to adequately investigate and discipline Always Green Turf, the failure of the Governor's Office to ensure the enforcement of consumer protection laws, and the failure of the State Bar of Arizona to regulate and discipline attorney Tara Marie Young Patterson for

her unethical conduct. 11. Tara Marie Young Patterson, an attorney at Tiffany & Bosco, P.A., has directly participated in the fraudulent and deceptive practices against Plaintiff and other victims, using her background in psychology to intimidate and manipulate victims. Despite clear evidence of her involvement in unethical practices, the State Bar of Arizona has failed to take disciplinary action against her. 12. The Defendants' negligence and failure to act have allowed Always Green Turf and it's representatives to continue its fraudulent and deceptive activities, causing further harm to consumers, particularly the elderly, who are especially vulnerable to financial exploitation.

## Demand

CLAIMS FOR RELIEF #### Count I: Negligence 13. Plaintiff incorporates by reference all preceding paragraphs as if fully set forth herein. 14. The Defendants owed a duty of care to the Plaintiff and other consumers to protect them from fraudulent and predatory business practices. 15. The Defendants breached this duty by failing to adequately investigate, regulate, and discipline Always Green Turf and it's legal representatives and by failing to enforce consumer protection laws. 16. As a direct and proximate result of the Defendants' negligence, the Plaintiff and others similarly situated have suffered significant financial losses, emotional distress, and other damages. #### Count II: Violation of Consumer Protection Laws 17. Plaintiff incorporates by reference all preceding paragraphs as if fully set forth herein. 18. The Defendants have a statutory duty to enforce consumer protection laws designed to prevent fraud and financial exploitation, particularly of the elderly. 19. The Defendants failed to enforce these laws, allowing Always Green Turf to continue its fraudulent activities and causing harm to consumers. 20. As a result of the Defendants' failure to enforce consumer protection laws, the Plaintiff and others similarly situated have suffered significant financial losses, emotional distress, and other damages. #### Count III: Violation of Civil Rights 21. Plaintiff incorporates by reference all preceding paragraphs as if fully set forth herein. 22. The Defendants' failure to protect consumers from fraudulent and predatory practices constitutes a violation of the civil rights of the Plaintiff and others similarly situated. 23. As a result of the Defendants' actions and inactions, the Plaintiff and others similarly situated have suffered significant financial losses, emotional distress, and other damages. DAMAGES 24. As a direct and proximate result of the Defendants' actions and inactions, the Plaintiff and others similarly

situated have suffered significant financial losses, emotional distress, and other damages. 25. Plaintiff seeks compensatory damages, punitive damages, attorneys' fees, and costs as provided by law. ### PRAYER FOR RELIEF WHEREFORE, Plaintiff Brijesh Patel, individually and on behalf of others similarly situated, respectfully requests that this Court: 1. Enter judgment in favor of the Plaintiff and against the Defendants for negligence, violation of consumer protection laws, and violation of civil rights. 2. Award Plaintiff and the Class compensatory damages, punitive damages, attorneys' fees, and costs as provided by law. 3. Grant such other and further relief as the Court deems just and proper. **Damages: $100,000,000.00** compensatory and punitive damages for the defendants negligence, intentional infliction of your emotional distress, violation of consumer protection laws and violations of civil rights. Furthermore it is imperative that a significant amount be awarded to prevent further consumer right violations and civil right violations, especially the financial exploitation of elderly that these governmental entities have knowingly allowed to continue despite numerous request for investigations into Always Green Turf, Tiffany & Bosco, P.A, and Attorney Tara Marie Young Patterson.

Date: _August 1st 2024_

_[signature]_
Signature of Pro Se Plaintiff
Brijesh Patel
5401 E Verde Ln
Phoenix, AZ 85018-8145
(480) 415-8992